STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
450 Golden Gate Avenue, 19th floor
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: ellen_leonida@fd.org

Counsel for Defendant, VINCENT CHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> PLAINTIFF, <br><br> v. <br><br> VINCENT CHAN, <br> DEFENDANT. | CR 19-647 RS <br><br> STIPULATION TO CONTINUANCE; [~~PROPOSED~~] ORDER |

IT IS HEREBY STIPULATED, by the parties to this action, that the sentencing date of April 7, 2020, be vacated and re-set for April 28, 2020, at 2:30 p.m.

The continuance is necessary because the quarantine at Santa Rita jail prevented defense counsel from meeting with Mr. Chan in advance of his PSR interview (their scheduled meeting was cancelled by the jail because of the quarantine). Consequently, the PSR interview had to be postponed and probation will require additional time to prepare the draft PSR.

DATED: February 20, 2020          /S/
                                                 ELLEN V. LEONIDA
                                                 Assistant Federal Public Defender
                                                 Counsel for Defendant Chan

| | |
|---|---|
| DATED: February 20, 2020 | _____/S/_____<br>MOLLY PRIEDEMAN<br>Assistant United States Attorney |

**ORDER**

IT IS HEREBY ORDERED THAT the above-captioned matter is continued to April 28, 2020, at 2:30 p.m., before the Honorable Richard Seeborg, for sentencing.

IT IS SO ORDERED.

DATED: 2/20/2020

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE