STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
450 Golden Gate Avenue, 19th floor
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: ellen_leonida@fd.org

Counsel for Defendant, VINCENT CHAN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   PLAINTIFF,<br><br>v.<br><br>VINCENT CHAN,<br>   DEFENDANT. | CR 19-647 RS<br><br>STIPULATION TO CONTINUANCE; ORDER |

IT IS HEREBY STIPULATED, by the parties to this action, that the sentencing date of April 28, 2020, be vacated and re-set for June 16, 2020, at 2:30 p.m. The parties request this continuance in light of the shelter-in-place orders issued by the state of California and the City of San Francisco to attempt to control the spread of the COVID-19 virus. Defense counsel and probation have not been able to interview Mr. Chan.

DATED: March 25, 2020          /S/
                   ELLEN V. LEONIDA
                   Assistant Federal Public Defender
                   Counsel for Defendant Chan

DATED: March 25, 2020          /S/
                   MOLLY PRIEDEMAN
                   Assistant United States Attorney

1

CR 19-647 RS
Stip. to Cont., [Prop.] Order

**ORDER**

IT IS HEREBY ORDERED THAT the above-captioned matter is continued to June 16, 2020, at 2:30 p.m., before the Honorable Richard Seeborg, for sentencing.

IT IS SO ORDERED.

DATED: 3/25/2020

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE