IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VINCENT CHAN,<br><br>　　　　Defendant. | **Case No.:** CR 19–0647<br><br>**STIPULATION AND ORDER CONTINUING STATUS HEARING AS MODIFIED BY THE COURT** |

With the concurrence of U.S. Probation Officer Jennifer Hutchings, the parties stipulate and jointly request that the status hearing regarding alleged violations of supervised release by Defendant Vincent Chan currently set in the above-captioned hearing for April 26, 2022, be continued to June 21, 2022.  Ms. Hutchings is unavailable on April 26, and Mr. Chan was recently released to the halfway house, where he has commenced a course of intensive out-patient drug treatment.  Accordingly, the parties stipulate and jointly request that the April 26 hearing be continued to June 21, 2022 at 9:30 a.m.

IT IS SO STIPULATED.

| April 18, 2022 | STEPHANIE HINDS |
| Dated | Acting United States Attorney |
| | Northern District of California |

/S
MOLLY PRIEDEMAN
Assistant United States Attorney

| April 18, 2022 | JODI LINKER |
| Dated | Federal Public Defender |
| | Northern District of California |

/S
DANIEL P. BLANK
Assistant Federal Public Defender

IT IS SO ORDERED.

April 18, 2022
Dated

RICHARD SEEBORG
Chief United States District Judge