1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  MOLLY K. PRIEDEMAN (CABN 302096)
   Assistant United States Attorney
5
       1301 Clay Street
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       molly.priedeman@usdoj.gov
8

9  Attorneys for United States of America

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,            ) NO. 19-cr-00647 RS
                                         )
14         Plaintiff,                    ) STIPULATION AND ORDER CONTINUING
                                         ) STATUS CONFERENCE AND EXCLUDING
15     v.                                ) TIME UNDER THE SPEEDY TRIAL ACT
                                         ) **AS MODIFIED BY THE COURT**
16  VINCENT CHAN,                        )
                                         )
17         Defendant.                    )
                                         )
18

19     A status conference in the above-captioned case is scheduled for June 21, 2022. Counsel for the

20  United States and counsel for the defendant jointly stipulate and request that that status conference be

21  continued to July 26, 2022.

22     Government counsel will be in trial on June 21, 2022, and defendant has recently entered a

23  residential treatment program. For those reasons, the parties are seeking to continue the status

24  conference to July 26, 2022.

25     The undersigned Assistant United States Attorney certifies that she has obtained approval from

26  counsel for the defendant to file this stipulation, request, and proposed order.

27

28
   STIPULATION TO CONTINUE STATUS CONFERENCE
   AND ORDER
   19-cr-00647 RS                              1

IT IS SO STIPULATED.

DATED: June 2, 2022                         /s/  Molly K. Priedeman
                                            MOLLY K. PRIEDEMAN
                                            Assistant United States Attorney

DATED: June 2, 2022                         /s/   Daniel Blank
                                            DANIEL BLANK
                                            Attorney for the Defendant

## **ORDER**

Based upon the representations of counsel and for good cause shown, the Court the status conference is continued to July 26, 2022.

IT IS SO ORDERED.

DATED: June 2, 2022                         _____
                                            THE HONORABLE RICHARD SEEBORG
                                            United States District Judge

STIPULATION TO CONTINUE STATUS
CONFERENCE AND ORDER
19-cr-00647 RS                        2