IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>VINCENT CHAN,<br><br>            Defendant. | **Case No.:** CR 19–0647<br><br>**STIPULATION AND ORDER CONTINUING STATUS HEARING** |

With the concurrence of U.S. Probation Officer Jennifer Hutchings, the parties stipulate and jointly request that the status hearing regarding alleged violations of supervised release by Defendant Vincent Chan currently set in the above-captioned case for July 26, 2022, be continued to October 18, 2022.  Mr. Chan is currently undergoing residential drug treatment and it is respectfully submitted that additional time for Mr. Chan to complete that program and transition to a sober living environment would be useful before moving forward on the alleged supervised release violations.  Accordingly, the parties stipulate and jointly request that the July 26 hearing be continued to October 18 at 9:30 a.m.

IT IS SO STIPULATED.

July 20, 2022
Dated

STEPHANIE HINDS
United States Attorney
Northern District of California

/S
MOLLY PRIEDEMAN
Assistant United States Attorney

July 20, 2022
Dated

JODI LINKER
Federal Public Defender
Northern District of California

/S
DANIEL P. BLANK
Assistant Federal Public Defender

IT IS SO ORDERED.

July 20, 2022
Dated

RICHARD SEEBORG
Chief United States District Judge